IN THE CIRCUIT COURT OF JEFFERSON COUNTY ARKANSAS
5 DIVISION

DOUGLAS L. BLACK                                                    PLAINTIFF

vs.                    CASE NO. CV-2014-479-5

BROOKSHIRE GROCERY COMPANY                                          DEFENDANT

### COMPLAINT

Comes now the Plaintiff, Douglas Black, by and through his counsel, Lloyd W. "Tre" Kitchens of The Brad Hendricks Law Firm, and for his Complaint states:

1. The Plaintiff is an individual resident of Jefferson County, Arkansas.

2. The Defendant, Brookshire Grocery Company, ("Brookshire") is a foreign for profit corporation doing business in the State of Arkansas. Service can be obtained on the Defendant by serving the Corporation Company located at 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

3. The events complained of herein occurred in Jefferson County, Arkansas.

4. This Court has jurisdiction to hear this matter and is the proper venue for this Complaint.

5. On or about May 19, 2012, the Plaintiff was a customer and business invitee at the grocery store owned and operated by the Defendant at 28th and Hazel Street in Pine Bluff, Arkansas.

FILED
OCT - 1 2014
LAFAYETTE WOODS, SR.
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS

1


EXHIBIT A

6. While he was shopping, the Plaintiff slipped and fell in water from a leaking air conditioner unit in the store.

7. As a result of his fall, the Plaintiff sustained serious and permanent personal injuries as set forth herein.

8. The Defendant owed the Plaintiff a duty to use ordinary care to maintain the premises in a reasonably safe condition. The Defendant breached that duty in allowing the air conditioning unit to leak and cause water to pool on the floor. The Defendant knew or should have known about this unsafe condition and did nothing to correct it.

9. The Defendant's negligence includes, but is not limited to, the following:

   a. Failure to maintain the premises in a reasonably safe condition;

   b. Failure to keep the condition of the premises free from hazards;

   c. Failure to warn the Plaintiff of the unreasonably dangerous condition of the store; and

   d. Otherwise failing to maintain the premises as a reasonable person should have under the same or similar circumstances.

10. As a proximate cause of Defendant's negligence and breach of duty of care, the Plaintiff sustained a broken back, has incurred medical bills and is reasonably likely to incur medical bills in the future, has experienced pain and suffering and is reasonably likely to experience pain and suffering in the future, and has experienced other losses.

11. The Plaintiff's injuries were proximately caused by the negligence of the Defendant.

WHEREFORE, the Plaintiff prays for a judgment against the Defendant to fully compensate him for his damages, to be determined by a jury, and in excess of the minimum amount for diversity of citizenship cases in Federal Court ($75,000.00), and for all just and proper relief.

Respectfully submitted,

THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock AR 72227
(501) 221-0444
(501) 661-0196 (fax)

By: _____
LLOYD W. "TRE" KITCHENS, AR Bar 99075

Serve

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
## CIVIL DIVISION

DOUGLAS L. BLACK
Plaintiff(s)

vs.                                                                 No. CV-2014-479-S

BROOKSHIRE GROCERY COMPANY
Defendant(s)

### SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

> Brookshire Grocery Company
> c/o The Corporation Company
> 124 West Capitol Avenue, Suite 1900
> Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Lloyd W. "Tre'" Kitchens
> The Brad Hendricks Law Firm, P.A.
> 500C Pleasant Valley Drive
> Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Address of Clerk's Office

Circuit Clerk
Courthouse, 101 W. Barraque Street
P.O. Box 7433
Pine Bluff, AR 71611

CLERK OF COURT
LAFAYETTE WOODS, SR., Circuit Clerk

_Sara G_____, DC_
[Signature of Clerk or Deputy Clerk]

Date: OCT - 1 2014

[SEAL]

No. _____   This summons is for _____ *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☑ I delivered the summons and complaint to ATS The Corp Co (\*) [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of Brookshire Grocery Co [name of defendant] on 10-7-14 [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 10/7/14          By: /s/ Ian Cody
[Signature of server]

Ian Cody
[Printed name]

Address: 1524 Main St
Little Rock AR

Phone: 501 837 7994

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____
_____