# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DOUGLAS L. BLACK**                                                          **PLAINTIFF**

v.                                       No. 5:14-cv-384-DPM

**BROOKSHIRE GROCERY COMPANY**                                  **DEFENDANT**

## ORDER

Status reports, № 9 & 10, noted and appreciated. The Court declines to refer this case for a settlement conference because Brookshire doesn't believe a settlement conference would be helpful.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 February 2016