IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS L. BLACK                                                          PLAINTIFF

v.                               No. 5:14-cv-384-DPM

BROOKSHIRE GROCERY COMPANY                                  DEFENDANT

ORDER

The Court appreciates Brookshire Grocery's pretrial filings, but cannot hold the 9 May 2016 trial date. An older case must be tried that week. The Final Scheduling Order, № 8, is suspended. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2016