IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS L. BLACK                                                                PLAINTIFF

v.                                          No. 5:14-cv-384-DPM

BROOKSHIRE GROCERY COMPANY                                      DEFENDANT

ORDER

1. Motion, № 17, granted for good cause. Mr. Kitchens is relieved as counsel for Douglas Black effective upon filing notice that covers these things:

- Provide the Clerk contact information for Black, including a mailing address, telephone number, and an email address.
- Provide Black a copy of the Court's Amended Final Scheduling Order.
- Provide Black a copy of this Order.

2. This older case is first out for a jury trial on 17 January 2017. The pretrial deadlines are approaching; see the Amended Final Scheduling Order. Black must either get a new lawyer, or file a paper notifying the Court that he will represent himself, by 14 October 2016. New counsel must be able to keep the 17 January 2017 trial date. The Court will hold a pretrial at 11:00 a.m. on Wednesday, 11 January 2017 in courtroom B-155, Richard S. Arnold U.S. Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_29 September 2016_