IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS L. BLACK                                                                    PLAINTIFF

v.                                    No. 5:14-cv-384-DPM

BROOKSHIRE GROCERY COMPANY                                          DEFENDANT

ORDER

1. In late September, the Court allowed Black's lawyer to withdraw, № 18, and ordered Black to get a new lawyer, or file notice that he would represent himself, by 14 October 2016. Black's former lawyer has certified that he sent Black that Order; and the record shows that Black got it. № 20 & 20-2. The deadline was more than a month ago. Black has not taken either step. As the Court said, this is an older case which needs resolution. № 18. It is first out for trial on January 17th. Given Black's lack of response to the Court's September Order, it appears to the Court that Black has abandoned his case. Local Rule 5.5(c)(2).

2. The Court will hold a status hearing on 7 December 2016 at 11:30 a.m. in Richard S. Arnold U.S. Courthouse, 500 West Capitol Ave., Little Rock, Arkansas, Courtroom B-155. If Black does not appear at the hearing, and confirm his readiness to go to trial on the scheduled date, then the Court will

dismiss his case without prejudice for failure to prosecute.

3.  The Court directs the Clerk to send Black a copy of № 18, and a copy of Local Rule 5.5, along with this Order by regular mail and by certified mail, restricted delivery, return receipt requested.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2016