IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS L. BLACK                                                                PLAINTIFF

v.                              No. 5:14-cv-384-DPM

BROOKSHIRE GROCERY COMPANY                                      DEFENDANT

ORDER

For the reasons stated on the record at the 7 December 2016 hearing, the case will be dismissed without prejudice because of Black's failure to prosecute. № 22; LOCAL RULE 5.5(c)(2). Black failed to appear at the hearing, as ordered, or file any paper stating an intention to proceed to trial as scheduled in January. Brookshire Grocery's motion in limine, № 24, is denied without prejudice as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 December 2016