IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS L. BLACK                                                    PLAINTIFF

v.                              No. 5:14-cv-384-DPM

BROOKSHIRE GROCERY COMPANY                                DEFENDANT

JUDGMENT

Black's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 December 2016